**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America, Criminal No. 02-328(1) (DWF/SRN)

Plaintiff,

v. **ORDER**

Tyler Curry Sheppeck,

Defendant.

---

Jeffrey S. Paulsen, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Manvir K. Atwal, Assistant Federal Defender, Federal Public Defender's Office, counsel for Defendant.

---

The above-entitled matter is before the Court on Defendant's request for early termination of supervised release. On September 12, 2005, the Defendant was placed on supervision for a period of three years. The Defendant has complied with all rules and regulations of supervision and is no longer in need of supervision.

Based upon the presentations of the parties, the Court having consulted with the United States Probation Department, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

# ORDER

1. Defendant Tyler Curry Sheppeck is hereby **DISCHARGED FROM SUPERVISION** from the Court. The proceedings in the above-entitled matter shall be terminated in all respects given the Defendant's discharge from supervision.

2. The Court directs that a copy of this Order be provided to the United States Probation Department, Attention: Mark A. Mills, as well as provided to Defendant Tyler Curry Sheppeck.

Dated: December 12, 2007

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court